ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Vectrus Systems Corporation | ) ASBCA Nos. 64208-ADR, 64209-ADR |
| | ) |
| Under Contract No. FA3002-17-C-0001 | ) |

APPEARANCES FOR THE APPELLANT:    Joseph G. Martinez, Esq.
Mikaela E. Colvin, Esq.
Natalie M. Seelig, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
Christopher J. Hilborn, Esq.
Sanique J. Balan, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: May 18, 2026

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64208-ADR, 64209-ADR, Appeals of Vectrus Systems Corporation, rendered in conformance with the Board's Charter.

Dated: May 18, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals